IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BYRON DAWES                                                                                          PLAINTIFF
Reg. #27724-177

V.                                              NO. 2:04CV00216 JMM/JWC

COLE JETER, et al                                                                                DEFENDANTS

ORDER

On July 20, 2005, Defendants filed a motion to stay all discovery propounded to them by Plaintiff until the Court has had an opportunity to rule on their pending motions to dismiss (docket entry #38). Defendants contend that if their motions to dismiss are granted, it would be dispositive of Plaintiff's case. Alternatively, if their motions to dismiss are only partially granted, it would still limit the issues before the Court and thus negate the need for time-consuming discovery. The Court assumes that Defendants bring their motion pursuant to Fed. R. Civ. P. 26(c).

Related is Plaintiff's motion to appoint a special master (docket entry #36) for the limited purposes of examining requested discovery for relevancy and other issues which may arise. This Court should be able to resolve all discovery matters that may be presented in the course of this litigation and to rule on same. Moreover, the motion would be mooted based on the grant of a stay.

For good cause shown, Defendants' motion to stay discovery (docket entry #38) is GRANTED. All discovery propounded to Defendants is STAYED until the Court has had an opportunity to rule on the pending motions to dismiss.

Plaintiff's motion to appoint a special master (docket entry #36) is DENIED.

IT IS SO ORDERED this 31st day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE