IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BYRON DAWES                                                                                              PLAINTIFF
Reg. #27724-177

V.                                             NO. 2:04CV00216 JMM

COLE JETER, et al                                                                                    DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Defendants' motions to dismiss, or, in the alternative, motions for summary judgment (docket entries #27-1, #27-2, #47) are hereby granted and Plaintiff's case is dismissed in its entirety, with prejudice. All pending motions are denied as moot. Additionally, this dismissal counts as a "strike" as frivolous pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 31st day of October, 2005.

_____
United States District Judge