IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BYRON DAWES                                                                                              PLAINTIFF
Reg. #27724-177

V.                                            NO. 2:04CV00216 JMM

COLE JETER, et al                                                                                    DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, with prejudice.

IT IS SO ORDERED this 31st day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE